691 A.2d 457

**PHYSICIANS INSURANCE COMPANY and Professional Adjustment Services, Inc., Respondent,**

v.

**Francis PISTONE, M.D., Associated Surgeons, Ltd., Annette Yaworsky and John Yaworsky.**

**Petition of Annette YAWORSKY and John Yaworsky.**

Supreme Court of Pennsylvania.

April 7, 1997.

Frederick J. Fanelli, Pottsville and Sudhir R. Patel, Orwigsburg, for Petitioner.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of April, 1997, the Petition for Allowance of Appeal is hereby GRANTED but LIMITED TO THE FOLLOWING:

What is the appropriate standard to determine when conduct constitutes the rendering of professional health care services?